LEOPOLD MANNABERG, Respondent, *v.* THEODORE W. HERBST et al., Appellants.

Argued May 16, 1944; decided June 8, 1944.

*D. F. McGlinchey* for appellants.
*Gustave B. Garfield* for respondent.

Order affirmed, with costs. First question certified answered in the affirmative. Other questions certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.